**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:

**ALICE MAE CURRY**

Debtor

Case No. **18-00431-SMT**
Chapter 13

**COMBINED NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS AND**
**NOTICE OF CONTINUED CONFIRMATION HEARING**

    Pursuant to the request of the Debtor's to continue the Section 341 meeting of creditors in this case, a continuance has been approved by the Chapter 13 Trustee, NANCY L. SPENCER GRIGSBY, and the Section 341 meeting of creditors has been continued to **August 20, 2018 at 10:00 am.** This meeting of creditors will be held at the E Barrett Prettyman U.S. Courthouse, 333 Constitution Ave. NW, Room 1207 (1st Floor), Washington DC 20001.

    Further, the confirmation hearing set in this matter is continued to **September 28, 2018 at 9:30 am**, E Barrett Prettyman U.S. Courthouse, 333 Constitution Ave. NW, Courtroom 1, Washington, DC 20001.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE SENT TO THE OFFICE OF THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF THE DATE OF THIS NOTICE, OR THE MEETING WILL NOT BE CONDUCTED.

June 27, 2018

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401
NGRIGSBY@CH13MD.COM

NOTE - You may make copies of this notice as appropriate for the notification to
     The creditors and other parties in interest of the continuance.

**CERTIFICATE OF SERVICE**

    I hereby certify that this Combined Notice of Continuance was served this **June 27, 2018** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

ALICE MAE CURRY
1620 29TH STREET SE
#202
WASHINGTON, DC 20020
Debtor

JEFFREY M SHERMAN
1600 NORTH OAK ST
SUITE 1826
ARLINGTON, VA  22209
*Attorney for {Debtor/s}*

/s/ NANCY L. SPENCER GRIGSBY

NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee