# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

ALICE MAE CURRY

Debtor

Case No.: 18-00431-SMT

Chapter: 13

_____

## OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

COMES NOW, Wells Fargo Bank, NA ("Creditor"), by and through counsel, and files its Objection to Debtor's Chapter 13 Plan, and as reasons therefor respectfully represents as follows:

1. Creditor is a mortgage lender/servicer.

2. On or about June 19, 2018, Alice Mae Curry ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Nancy Spencer Grigsby is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. Creditor holds a Deed of Trust solely secured by the Debtor's property located in the District of Columbia, and improved by a residence known as 1620 29th Street, SE, #202, Washington, DC 20020 (the "Property").

5. On or about August 9, 2018, Debtor filed a Chapter 13 Plan (the "Plan"). The Chapter 13 Plan fails to provide any treatment for prepetition arrears owed to Creditor.

6. Objections to the Plan are due by August 30, 2018.

7. The correct prepetition arrears is $70,609.75 as indicated in the Proof of Claim (Claim No. 1-1) filed by Creditor.

8. Debtor's Plan is objectionable and is therefore not confirmable.

9. Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition of this matter.

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2. Grant such other and further relief as necessary.

BWW#: DC-189561

        Respectfully Submitted,

Dated: August 23, 2018

/s/ Daniel Callaghan
Daniel O. Callaghan, Fed. Bar No. MD0044
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of August, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby, Trustee

Jeffrey M. Sherman, Attorney

    I hereby further certify that on this 23rd day of August, 2018, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Alice Mae Curry
1620 29th Street SE
#202
Washington, DC 20020

/s/ Daniel Callaghan
Daniel O. Callaghan, Esq.

BWW#: DC-189561