**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
ALICE MAE CURRY                                       : Chapter 13 Case No. 18-00431 SMT
    Debtor                                             :

**ORDER DENYING CONFIRMATION OF THE CHAPTER 13 PLAN**

    Having held a hearing on the Chapter 13 Plan proposed by the Debtor(s) and having concluded that the proposed Plan does not fulfill the requirements of confirmation set out in 11 U.S.C. §1325, it is, by the United Bankruptcy Court for the District of Columbia,

    ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor(s) is denied.

cc:    Alice Mae Curry
       1620 29th Street, SE #202
       Washington, DC 20020

       Jeffrey M. Sherman, Esq.
       1600 North Oak St.
       Suite 1826
       Arlington, VA 22209

       Nancy Spencer Grigsby
       185 Admiral Cochrane Dr, Suite 240
       Annapolis, MD 21401