**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
ALICE MAE CURRY                         :    Chapter 13 Case No. 18-00431-SMT
 Debtor                                 :    Hearing Date: 11/16/2018

**TRUSTEE'S MOTION TO DISMISS BASED ON DENIAL OF CONFIRMATION AND NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT**

Comes now Nancy Spencer Grigsby, Trustee of the above-captioned matter, and respectfully moves this Court to dismiss the debtor's case pursuant to 11 U.S.C. §1307, based on denial of confirmation, and the court record herein.

WHEREFORE, the Trustee moves for dismissal pursuant to 11 U.S.C. §1307.

/s/ Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis MD 21401
ngrigsby@ch13md.com

**NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO DISMISS**

   ***UNLESS OTHERWISE NOTED,** HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT **9:30 A.M. ON NOVEMBER 16, 2018**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.**  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.  Parties in interest with questions may contact the Trustee.

Dated:  October 16, 2018

/s/ Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis MD 21401
ngrigsby@ch13md.com

**CERTIFICATE OF SERVICE UNDER LBR 5005-1(h)**

I hereby certify that on October 16, 2018, a copy of the foregoing Trustee's Motion and Notice of Opportunity to Object, was mailed, postage prepaid, to:

Alice Mae Curry
1620 29th Street, SE #202
Washington, DC 20020

Jeffrey M. Sherman, Esq.
1600 North Oak St.
Suite 1826
Arlington, VA 22209


/s/ Nancy Spencer Grigsby
Nancy Spencer Grigsby
Chapter 13 Trustee