UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ] | |
| ] | |
| ALICE MAE CURRY, ] | Case No. 18-431 |
| ] | (Chapter 13) |
| Debtor. ] | |

## MOTION TO CONVERT TO CHAPTER 11

TO THE HONORABLE S. MARTIN TEEL, JR., U.S. BANKRUPTCY JUDGE:

COMES NOW Alice Mae Curry ("Debtor"), by and through her undersigned counsel, and as her Motion to Convert to Chapter 11 ("Motion"), respectfully states as follows:

1. Since the filing of this Chapter 13 case, the Debtor has gained employment at an approximate annual salary of $44,000.00; this job was anticipated to start far sooner than it has, only to be delayed by the employer's inability to timely complete the background check needed to permit the Debtor to start training. The Debtor is currently evaluating her new budget to determine the extent to which she can maintain regular mortgage payments and cure the arrears that have accumulated since she lost her last job.

2. Given the unexpected size of the arrears claimed by the mortgagee, it appears that Chapter 13 may not offer the Debtor the time needed to cure such arrears, absent a loan modification entered into voluntarily by the mortgagee. In light of her new employment, the Debtor is currently exploring the potential for a loan modification with the programs offered the mortgagee.

3. While the Debtor may pursue concomitantly a voluntary restructuring of her mortgage, the Debtor moves to convert to Chapter 11, where, in the absence of a consensual restructuring of her mortgage debt, she can propose a reorganization plan that does not have the same 60 month time constraints imposed under Chapter 13, thereby allowing her the time needed to feasibly cure the arrears that exist on her mortgage.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order:

1. Granting the Motion;

2. Converting this case to one under Chapter 11 of the Bankruptcy Code; and

3. Granting to the Debtor such other and further relief as just and proper.


Dated: November 8, 2018                    Respectfully submitted,


                                                                                        */S/ Jeffrey M. Sherman*
Jeffrey M. Sherman DC Bar No: 348896
Law Offices of Jeffrey M. Sherman
1600 N. Oak Street
Suite 1826
Arlington VA 22209
(703) 855-7394
jeffreymsherman@gmail.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, or, where permitted under the Rules of this Court, by electronic mail delivery, on November 8, 2018, upon the following:

Daniel Owen Callaghan
BWW Law Group, LLC
6003 Executive Blvd
Suite 101
Rockville, MD 20852
Daniel.callaghan@bww-law.com

Jeremy Calvin Huang
Chadwick Washington Moriarty Elmore & Bunn, P.C.
3201 Jermantown Rd.
Ste 600
Fairfax, VA 22030
jhuang@chadwickwashington.com

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis MD 21401
ngrigsby@ch13md.com

                                        */S/ Jeffrey M. Sherman*
                                        Jeffrey M. Sherman