The order below is hereby signed.

Signed: December 12 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ALICE MAE CURRY,<br><br>Debtor. | Case No. 18-431<br>(Chapter 13) |

### ORDER CONVERTING CASE TO CHAPTER 11

This matter came before the Court on the filing by Alice Mae Curry ("Debtor"), of her Motion to Convert to Chapter 11 ("Motion"); the Court has reviewed the record herein and finds that good cause exists to grant the relief requested; it is therefore

**ORDERED** that the Motion be and the same hereby is **GRANTED**; and it is

**FURTHER ORDERED** that this case be converted to one under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101, et seq.

**END OF ORDER**     _[signature appears above]_
S. MARTIN TEEL, JR
UNITED STATES BANKRUPTCY JUDGE

copies to:

Jeffrey M. Sherman
LAW OFFICES OF JEFFREY M. SHERMAN
1600 N. Oak Street #1826
Arlington, VA 22209
jeffreymsherman@gmail.com

Daniel Owen Callaghan
BWW Law Group, LLC
6003 Executive Blvd
Suite 101
Rockville, MD 20852
Daniel.callaghan@bww-law.com

Jeremy Calvin Huang
Chadwick Washington Moriarty Elmore & Bunn, P.C.
3201 Jermantown Rd.
Ste 600
Fairfax, VA 22030
jhuang@chadwickwashington.com

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis MD 21401
ngrigsby@ch13md.com